DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**B.S.** by and through **J.S.**,
Appellants,

v.

**AETNA BETTER HEALTH OF FLORIDA, INC.**,
Appellee.

No. 4D21-897

[December 22, 2021]

Appeal from Agency for Health Care Administration, Office of Fair Hearings; L.T. Case Nos. 202860000000349 and 20-FH2772.

Morgan L. Weinstein of Twig, Trade, & Tribunal, PLLC, Fort Lauderdale, for appellants.

Christine B. Gardner of Akerman LLP, West Palm Beach, and Steven A. Grigas and Kristen M. Fiore of Akerman LLP, Tallahassee for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***